# THE LAW OFFICES OF SEAN M. MAHER, PLLC

June 11, 2020

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Jamel Jones* et al. (Jesnel Butler),
      18 Cr. 834 (PAE)

Dear Judge Engelmayer:

    I respectfully write to request that the Court appoint me under the Criminal Justice Act to represent Mr. Butler in seeking compassionate release from federal prison in light of the COVID-19 pandemic.

    I previously represented Mr. Butler as CJA counsel before the Court in the above-referenced criminal case for which Mr. Butler currently is serving a 60-month sentence that was imposed on July 18, 2019.  Mr. Butler has been in continuous federal custody since at last November 19, 2018.

    Mr. Butler has reached out to me for assistance in filing a motion for compassionate release.  Mr. Butler made a written request for compassionate release to the Warden of FCI Fort Dix on April 8, 2020.  Mr. Butler has been informed that his request has been denied by the BOP.

    Because I believe that Mr. Butler would benefit from the assistance of counsel in making a motion for compassionate release before the Court, I respectfully request to be appointed to assist Mr. Butler.

    The Court's consideration is greatly appreciated.

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 497.
SO ORDERED.
6/12/2020

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Respectfully submitted,

_____/S/_____
Sean M. Maher

cc:  All counsel via ECF

233 BROADWAY, SUITE 820, NEW YORK, NEW YORK 10279
(212) 661-5333 • (347) 548-9959 FAX
WWW.SEANMAHERLAW.COM