UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JENSEL BUTLER,

                Defendant.

18-CR-834-03 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a renewed application for compassionate release from defendant Jensel Butler. Dkt. 618. The Court directs the Government to respond by Friday, February 18, 2022.

SO ORDERED.

                                            *Paul A. Engelmayer*
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: February 10, 2022
       New York, New York